**LP**  APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Maaco Franchising, Inc.

v.

Pierre Philippe Augustin, et al.

Civil Action No: 09 4548

FILED
OCT - 2 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

FILED
OCT - 2 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒ The nongovernmental corporate party, Maaco Franchising, Inc., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Driven Brands, Inc.

10/2/2009
Date

_____
Signature

Counsel for: Maaco Franchising, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
  (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
  (2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
  (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
  (2) promptly file a supplemental statement if any required information changes.