APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MAACO FRANCHISING, INC.

V.

AUGUSTIN, et. al.

Civil Action No: 09-CV-4548

DISCLOSURE STATEMENT FORM

Please check one box:

[X]  The nongovernmental corporate party, Phil's Auto Body, Inc. , in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ]  The nongovernmental corporate party, _____ , in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

October 28, 2009
Date

[Signature]
Signature

Counsel for: Defendant, Phil's Auto Body, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
(a)  WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
(1)  identifies any parent corporation and any publicly held corporation owning10% or more of its stock; or
(2)  states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
(1)  file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
(2)  promptly file a supplemental statement if any required information changes.