IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAACO FRANCHISING, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PIERRE PHILIPPE AUGUSTIN; | : | NO. 09-4548 |
| VIEGINIE L. AUGUSTIN; | : | |
| PHIL'S AUTO BODY, INC. | : | |

## **ORDER**

AND NOW, this 19th day of May, 2010, after conducting a Telephone Status Conference with counsel and Defendant Pierre Philippe Augustin, IT IS HEREBY **ORDERED** that:

1. Defendants shall retain counsel, and counsel shall file an entry of appearance for Defendants no later than **June 1, 2010.**

2. A **Telephone Status Conference** will be held on **June 8, 2010,** at **10:30 a.m.** to discuss the status of this matter and how best to proceed towards its resolution. Plaintiff's counsel shall initiate this conference call to (215) 597-6079.

BY THE COURT:

S/M. FAITH ANGELL
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**211 Robert N. C. Nix, Sr. Federal Building**
**900 Market Street**
**PHILADELPHIA, PENNSYLVANIA  19107**

| | |
|---|---|
| **Chambers of** | |
| **M. FAITH ANGELL** | P:   (215) 597-6079 |
| **United States Magistrate Judge** | F:   (215) 580-2165 |

*FAX / MAIL COVER SHEET*

| | |
|---|---|
| **CASE NO:**   09-4548 | **DISTRICT COURT JUDGE: LP** |
| **TODAY'S DATE**:   May 19, 2010 | **LAW CLERK'S INITIALS**:LFS |

**VIA FAX;**

| **NAME:** | **FAX NUMBER:** |
|---|---|
| 1.   Constantine Thomas Fournaris, Esq. | (215) 988-8344 |
| 2.   Erika L. Amarante, Esq. | (203) 782-2889 |

**VIA MAIL:**

**NAME AND ADDRESS:**

Mr. Pierre Phillipe Augustin
2293 Seaford Drive
Wellington, FL 33414

Ms. Virginie L. Augustin
2293 Seaford Drive
Wellington, FL 33414

Phil's Auto Body, Inc.
Suite 4
804 Old Dixie Highway
Lake Park, FL 33403