**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MAACO FRANCHISING, INC.,
              Plaintiff,

    v.

PIERRE PHILIPPE AUGUSTIN, et al.,
              Defendants.

Civil Action No. 09-4548

**ORDER**

August 5, 2010                                         Pollak, J.

      AND NOW, this 5th day of August, 2010, for the reasons set forth in the

accompanying memorandum, it is hereby ORDERED that the plaintiff's request for

redaction of transcripts (docket no. 72) is DENIED, both as to the request for the

withholding from the public the entire transcripts and as to the request for the redaction of

specific sections..

                                      BY THE COURT:


                                      /s/ Louis H. Pollak
                                      Pollak, J.