IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAACO FRANCHISING, INC.,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>PIERRE PHILIPPE AUGUSTIN, et al.,<br>　　　　　Defendants. | Civil Action No. 09-4548 |

**ORDER**

August 12, 2010　　　　　　　　　　　　　　　　　　　　　　　　　　　　Pollak, J.

AND NOW, this 12th day of August, 2010, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the plaintiff's motion in limine and for sanctions (docket no.44) is DENIED.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　/s/ Louis H. Pollak
　　　　　　　　　　　　　　　　　　　　　　　Pollak, J.